**UNITED STATES DISTRICT COURT W. D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>                                  Plaintiff,<br><br>            v.<br>**BRAD E. JOHNSON,**<br>                                  Defendant. | Case No.  CR05-5065<br><br>**DETENTION ORDER** |

    THE COURT conducted a bond revocation hearing on Thursday, May 5, 2005.  The defendant having been advised of his rights, freely and voluntarily admitted violating the terms of his appearance bond by (1) Driving Under the Influence on April 26, 2005; (2) Consuming alcohol on or before April 26, 2005; and (3) Operating a motor vehicle without a valid operator's license and liability insurance on April 25 and April 26, 2005.

    This court finds that Mr. Johnson violated the terms and conditions of his appearance bond.  The Appearance Bond is hereby revoked and Mr. Johnson is ordered DETAINED.

*Findings of Fact/ Statement of Reasons for Detention*

    The defendant, Brad E. Johnson, is detained for his violation of the terms and conditions of his Appearance Bond.  His violation further involved a risk of safety to the community as he admitted Driving Under the Influence and has another pending Driving Under the Influence.

*Order of Detention*

- **The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.**
- **The defendant shall be afforded reasonable opportunity for private consultation with counsel.**
- **The defendant shall on order of a court of the United States or on request of an attorney for the Government, be delivered to a United States marshal for the purpose of an appearance in connection with a court proceeding.**

            May 6, 2005.
            _____s/ Karen L. Strombom_____
            **Karen L Strombom, U.S. Magistrate Judge**